UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

KARL BASTIEN,

                        Petitioner,                  **ORDER**

    v.

                                                           **03-CV-611F**

DEPARTMENT OF HOMELAND SECURITY,

                        Respondent.

 

By papers filed April 21, 2005, Petitioner moves for release on bail pending habeas proceedings (Doc. No. 11). Respondent's response shall be filed not later than **May 20, 2005**. Petitioner's reply, if any, shall be filed not later than **June 3, 2005**. Oral argument shall be at the discretion of the court.

SO ORDERED.

                                                         /s/ *Leslie G. Foschio*

                                                  _____
                                                      LESLIE G. FOSCHIO
                                    UNITED STATES MAGISTRATE JUDGE

Dated: April 25, 2005
        Buffalo, New York